UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-225 (PJS/DJF)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) GOVERNMENT'S CONSENT |
| v. | ) MOTION TO EXTEND TIME |
| | ) |
| KASHMIR KHALIFFA McREYNOLDS | ) |
| and ALVIN ANTHONY WATKINS JR., | ) |
| | ) |
| Defendants. | ) |

The United States of America, by and through its undersigned attorneys, and with the consent of Defendants, respectfully moves the Court to extend all parties' deadlines for post-motions-hearing briefing by 30 days.

Rule 45 permits extension for good cause before time expires. Fed. R. Crim. P. 45(b)(1)(A). Here, the requested extension is to accommodate the undersigned's family leave and preparation for a February 9, 2026 trial. The government conferred with counsel to each defendant prior to filing this motion. Defense counsel indicated that Defendants consent to this motion.

Respectfully submitted,

Dated: January 6, 2026

DANIEL N. ROSEN
United States Attorney

*/s/ Matthew D. Forbes*

Matthew D. Forbes
Assistant U.S. Attorney
Bar No. NY5664354