UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-225 (PJS/DJF)

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )    GOVERNMENT'S MOTION TO
        v.                   )        EXTEND TIME
                             )
KASHMIR KHALIFFA McREYNOLDS  )
and ALVIN ANTHONY WATKINS JR., )
                             )
            Defendants.      )

The United States of America, by and through its undersigned attorneys, respectfully moves the Court to extend the governments deadline to file a response to defendants' post-hearing briefing by one day.

Rule 45 permits extension for good cause after time expires. Fed. R. Crim. P. 45(b)(1)(B). Here, the government filed its response at 12:15 a.m., the morning of Saturday, March 7, 15 minutes after the deadline of Friday, March 6, while the undersigned was on parental leave. Defendants will not be prejudiced by the extension, because there was only a 15-minute delay and no time during any business day was lost.

Respectfully submitted,

Dated: March 13, 2026

DANIEL N. ROSEN
United States Attorney

*/s/ Matthew D. Forbes*

Matthew D. Forbes
Assistant U.S. Attorney
Bar No. NY5664354