AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

V.

Kashmir Khaliffa McReynolds

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 25-CR-0225(1) (PJS/DJF)

The Defendant was found not guilty as to Count 2 of the Indictment. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

/s/ Patrick J. Schiltz

Signature of Judge

Patrick J. Schiltz — United States District Judge

Name of Judge — Title of Judge

October 7, 2026

Date